CLINTON DIXON, PETITIONER-APPELLANT, v. HOLLEY & SMITH, RESPONDENT-RESPONDENT.

Argued October 9, 1961—Decided October 23, 1961.

*Mr. Frederick Klaessig* argued the cause for the appellant.

*Mr. Isidor Kalisch* argued the cause for the respondent (*Mr. Stanley U. Phares,* attorney).

PER CURIAM. The judgment is affirmed essentially for the reasons expressed in the majority opinion of Judge Gaulkin in the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—6.

*For reversal*—None.